1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BILL SCHROEDER,                              No.  2:13-cv-1964 GEB CKD

12                    Plaintiff,

13           v.                                    ORDER

14   WILLARD WOO, et al.,

15                    Defendants.

16

17          Calendared for hearing on December 31, 2014 is plaintiff's motion to compel.  Upon

18   review of plaintiff's memorandum, and good cause appearing, THE COURT FINDS AND

19   ORDERS AS FOLLOWS:

20          Once again, plaintiff's counsel and defense counsel are before the court on a discovery

21   dispute that appears to be readily resolvable if counsel were to meet and confer in good faith.

22   Both counsel are experienced in ADA matters; both counsel understand their discovery

23   obligations and what constitutes a proper response to the propounded discovery.  Counsel are

24   therefore ordered to meet and confer no later than December 19, 2014 regarding the pending

25   discovery dispute.  During the meet and confer, defense counsel should clarify whether any claim

26   of financial hardship will be made.

27   /////

28   /////

                                                  1

1       The hearing date of December 31, 2014 is vacated.  No later than January 8, 2015, the

2  parties shall file a joint statement regarding the dispute in the format set forth under Local Rule

3  251.  The matter shall thereafter stand submitted.

4  Dated:  December 3, 2014

5                                                        _____
                                                         CAROLYN K. DELANEY
6                                                        UNITED STATES MAGISTRATE JUDGE

7

8  4 schroeder-woo.subm

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28