UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL SCHROEDER,<br><br>          Plaintiff,<br><br>     v.<br><br>WILLARD WOO, et al.,<br><br>          Defendants. | No. 2:13-cv-1964 GEB CKD<br><br><br><br>ORDER |

Pursuant to the December 3, 2014 order, the parties have filed a joint statement regarding plaintiff's motion to compel.  Good cause appearing, THE COURT ORDERS AS FOLLOWS:

　　　　1. The motion to compel is granted in part.  No later than January 14, 2015 defendant shall, without objection, produce responsive documents and responses to interrogatories.  In light of defense counsel's representation that no claim of financial hardship will be made, defendants need not produce documents responsive to requests for financial documents or respond to interrogatories inquiring into defendants' financial status.

/////

/////

/////

/////

/////

1

2. Reasonable expenses are awarded to plaintiff against defense counsel in the amount of $250. Said expenses shall be payable solely by defense counsel and shall in no way be charged to defendants.

Dated: January 13, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 schroeder-woo.oah