UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BILL SCHROEDER,

       Plaintiff,

    v.

WILLARD G. WOO, in his
individual and representative
capacity as trustee of the
Woo WGECM 1998 Trust; GRACIE
C. WOO, in her individual and
representative capacity as
trustee of the Woo WGECM 1998
Trust; SANI-FOOD MARKET
INCORPORATED, a California
Corporation,

       Defendants.

No. 2:13-CV-01964-GEB-CKD

**ORDER DENYING PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT**

       Plaintiff seeks summary judgment on his claims against Defendants under the Americans with Disabilities Act ("ADA") and the Unruh Act, arguing that he is entitled to summary judgment since the deli counter and check-out counters at Sani Foods Market ("the Market") are more than 36 inches from the floor and less than 36 inches in length. However, Defendants state that the deli counter has been modified since Plaintiff's visit and Plaintiff replies he "will accept" this modification "as a solution for the inaccessible counter;" therefore, his motion

1

1    concerning the deli counter is denied. (Reply 3:2-4, ECF No. 20.)

2    Further, Plaintiff asserts it is uncontroverted that after his

3    visit to the Market, "Defendants attempted to fix one of the

4    [check-out] counters . . . by bolting [on] a small auxiliary

5    counter." (Defs.' Resp. & Obj. Pl.'s USF ("Pl. SUF") ¶ 14, ECF

6    No. 19.) Plaintiff argues, and relies on a photo of the modified

7    check-out counter in support of his argument, that the "auxiliary

8    counter . . . [is an inadequate remedy since it] is quite small;

9    clearly falling short of the required 36 inches in length."

10   (Pl.'s Not. & Mot. Summ. J. 7:26-8:3, ECF No. 17; see also Potter

11   Decl. Ex. 11, ECF No. 17-13 (photo of the modified auxiliary

12   check-out counter).) However, the photograph Plaintiff presents

13   does not contain a measurement of the check-out counter's length,

14   and therefore is insufficient to "show[] that there is no genuine

15   dispute" as to the counter's compliance with the ADA and Unruh

16   Act. Fed. R. Civ. P. 56(a). Therefore, Plaintiff's summary

17   judgment motion on the Market's check-out counters is denied.

18        For the stated reasons, Plaintiff's summary judgment

19   motion is DENIED.

20   Dated:  July 2, 2015

21

22

23   _____
     GARLAND E. BURRELL, JR.
     Senior United States District Judge

24

25

26

27

28

2