1

2

3

4                          UNITED STATES DISTRICT COURT

5                          EASTERN DISTRICT OF CALIFORNIA

6

7    Bill Schroeder,                    No.  2:13-cv-01964-GEB-CKD

8              Plaintiff,

9       v.                              **ORDER SCHEDULING SETTLEMENT
                                        CONFERENCE**
10   Willard G. Woo, in his
     individual and representative
11   capacity as trustee of the
     Woo WGECM 1998 Trust;
12   Gracie C. Woo, in her
     individual and representative
13   capacity as trustee of the
     Woo WGECM 1998 Trust;
14   Sani-Food Market
     Incorporated, a California
15   Corporation,

16             Defendants.

17

18        A   settlement   conference   is   scheduled   before   the

19   Honorable Carolyn K. Delaney at 9:30 a.m. on October 26, 2015.

20   Each party shall have a principal with authority to settle the

21   case on any terms present at the settlement conference.

22        Each   party   shall   submit   a   settlement   conference

23   statement directly to the chambers of Judge Delaney seven (7)

24   days prior to the settlement conference. Such statements shall

25   not be filed with the clerk nor served on opposing counsel.

26   However, each party shall notify the other party/parties that the

27   statement has been submitted to the settlement judge's chambers.

28

                                    1

1    This settlement conference can only be conducted by

2  Judge Delaney if the parties file a joint stipulation waiving

3  disqualification of the assigned Magistrate Judge as required

4  Local Rule 270(b), no later than seven (7) days prior to the

5  settlement conference. If this does not occur, one of the parties

6  shall inform the undersigned judge's courtroom duty of the need

7  to vacate the settlement conference, following which the parties

8  could seek to schedule a settlement conference before another

9  Magistrate Judge so long as it does not interfere with the trial

10  commencement date.

11  Dated:  August 28, 2015

12

13

14  _____
    GARLAND E. BURRELL, JR.
    Senior United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2