UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bill Schroeder,<br><br>           Plaintiff,<br><br>     v.<br><br>Willard G. Woo, in his individual and representative capacity as trustee of the Woo WGECM 1998 Trust; Gracie C. Woo, in her individual and representative capacity as trustee of the Woo WGECM 1998 Trust; Sani-Food Market Incorporated, a California Corporation,<br><br>           Defendants. | No.  2:13-cv-01964-GEB-CKD<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

The parties filed a "Joint Notice of Settlement" on November 24, 2015, in which they state:

> The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.
>
> All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the

1

>Parties, by and through their attorneys of record, shall show cause why this case has not been dismissed.

(Notice of Settlement, ECF No. 38.)

Therefore, a dispositional document shall be filed no later than January 25, 2016. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Further, in light of the referenced settlement, <u>the trial scheduled to commence on December 1, 2015, at 9:00 a.m. is vacated</u>. A status conference is scheduled to commence at 9:00 a.m. on February 29, 2016, in the event no dispositional document is filed, or if this action is not otherwise dismissed. A joint status report shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated: November 25, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge